UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SAMPSON HUNTER,<br><br>Petitioner,<br><br>v.<br><br>SACRAMENTO SUPERIOR COURT, et al.,<br><br>Respondents. | No. 2:16-cv-1505 CKD P<br><br><br><br>ORDER |

    Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

    Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

    It appears that petitioner challenges a conviction in the Sacramento County Superior Court. It is not clear from the petition what claims he is asserting or the legal/factual basis for any such claims.

    Habeas Rule 2(c) requires that a petition 1) specify all grounds of relief available to the petitioner; 2) state the facts supporting each ground; and 3) state the relief requested. Notice pleading is not sufficient; rather, the petition must state facts that point to a real possibility of constitutional error." Rule 4, Advisory Committee Notes, 1976 Adoption; see Blackledge v.

1 <u>Allison</u>, 431 U.S. 63, 75 n. 7 (1977).  Allegations in a petition that are vague, conclusory, or

2 palpably incredible are subject to summary dismissal.  <u>Hendricks v. Vasquez</u>, 908 F.2d 490, 491

3 (9th Cir. 1990).

4     Here, the petition does not meet the pleading requirements of Rule 2(c).  Accordingly, the

5 court will summarily dismiss the petition.  Petitioner will be granted thirty days to file an

6 amended petition that complies with Rule 2(c) and all other applicable rules.  As petitioner has

7 not shown good cause for any other extension of time, his July 19, 2016 motion will be denied.

8     In accordance with the above, IT IS HEREBY ORDERED that:

9     1.  Petitioner's request for leave to proceed in forma pauperis (ECF No. 6) is granted;

10     2.  The petition is dismissed without prejudice pursuant to Habeas Rule 2(c);

11     3.  Petitioner is granted thirty days from the date of this order to file an amended petition

12 as described above;

13     4.  Petitioner's failure to timely file an amended petition will result in dismissal of this

14 action; and

15     5.  Petitioner's motion for extension of time (ECF No. 5) is denied.

16 Dated:  August 12, 2016

17     _____

    CAROLYN K. DELANEY

18     UNITED STATES MAGISTRATE JUDGE

19

20 2 / hunt1505.R2(c)

21

22

23

24

25

26

27

28