UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SAMPSON HUNTER, | No. 2:16-cv-1505 CKD P |
| Petitioner, | |
| v. | ORDER |
| SACRAMENTO COUNTY SUPERIOR COURT, et al., | |
| Respondents. | |

Petitioner is a state prisoner proceeding pro se pursuant to 28 U.S.C. § 2254. On August 12, 2016, the original petition in this action was dismissed with leave to amend. (ECF No. 10.) Before the court for screening is petitioner's first amended petition. (ECF No. 12.) Petitioner has consented to this court's jurisdiction under 28 U.S.C. § 636(c) and Local Rule 302. (ECF No. 4.)

Having reviewed the amended petition, the undersigned finds that it fails to cure the defects of the original petition, as set forth in the August 12, 2016 screening order. Allegations in a petition that are vague, conclusory, or palpably incredible are subject to summary dismissal. Hendricks v. Vasquez, 908 F.2d 490, 491 (9th Cir. 1990). As further leave to amend appears futile, the court will summarily dismiss the amended petition without prejudice.

////

////

Accordingly, IT IS HEREBY ORDERED that:

1. The amended petition is summarily dismissed without prejudice; and

2. The court declines to issue a certificate of appealability under 28 U.S.C. § 2253.

Dated: September 2, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / wood2103.R4