UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SAMPSON HUNTER, | No. 2:16-cv-1505 CKD P |
| Petitioner, | |
| v. | ORDER |
| SACRAMENTO COUNTY SUPERIOR COURT, et al., | |
| Respondents. | |

Petitioner has filed a motion for reassignment of Magistrate Judge. However, the amended petition for writ of habeas corpus was dismissed on September 2, 2016. As this case is closed, petitioner's motion (ECF No. 15) is hereby DENIED. Documents filed by petitioner since the closing date will be disregarded and no orders will issue in response to future filings.

Dated: September 20, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / hunt1505.158

1